## Commonwealth *v.* One 1956 Buick Sedan (Gilmore).

Submitted June 15, 1965.

*James Iannucci,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant.

Order affirmed.